LIZZIE MERKEL, Respondent, *v.* ALEXANDER LAZARD et al., Appellants.

*Merkel* v. *Lazard*, 124 App. Div. 934, affirmed.
(Argued April 8, 1909; decided May 4, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1908, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for an alleged breach of contract.

*Louis Marshall* for appellants.

*Rudolph F. Rabe* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.